*per al*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JAMES CAMPBELL,<br>    Plaintiff | : | CIVIL NO. 1:CV-00-0225 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| SUSQUEHANNA TOWNSHIP POLICE<br>DEPARTMENT OFFICERS;<br>JEFFREY VARGO, Ptlm.;<br>MARTIN, Ptlm;<br>OFFICER DAILEY;<br>JOHN DOE, LT. HEWITT and<br>SHUGAY, Public Defender,<br>    Defendants | : | (Magistrate Judge Smyser) |

FILED
HARRISBURG, PA

JAN 1 6 2001

MARY E. D'ANDREA, CLERK
PER_____
    DEPUTY CLERK

<u>ORDER</u>

The plaintiff commenced this civil action by filing a complaint on February 4, 2000. By an Order dated February 9, 2000, the plaintiff's request to proceed *in forma pauperis* was denied. Since the plaintiff is not proceeding *in forma pauperis* he is responsible for serving the complaint in this case on the defendants. There is no indication in the file that the plaintiff has served the defendants with the complaint.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon

motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign county pursuant to subdivision (f) or (j)(1).

More than 120 days have passed since the filing of the complaint and the defendants have not been served with process. Under such circumstances, the case may be dismissed pursuant to Fed.R.Civ.P. 4(m).

**AND NOW**, this ___16th___ day of January, 2001, **IT IS HEREBY ORDERED** that on or before **February 5, 2001** the plaintiff shall show cause why the complaint should not be dismissed pursuant to Rule 4(m). If the plaintiff does not show cause on or before February 5, 2001, it will be recommended by the magistrate judge to the district court judge that the complaint be dismissed pursuant to Rule 4(m).

J. Andrew Smyser
Magistrate Judge

Dated: January 16, 2001.

2

AO 72A
(Rev 8/82)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 16, 2001

Re: 1:00-cv-00225    Campbell v. Susquehanna Townsh

True and correct copies of the attached were mailed by the clerk to the following:

Michael James Campbell
RR4, Box 50 M, Apt. 9
Mifflintown, PA  17059

cc:
Judge                              ( )
Magistrate Judge                   (✓)
U.S. Marshal                       ( )
Probation                          ( )
U.S. Attorney                      ( )
Atty. for Deft.                    ( )
Defendant                          ( )
Warden                             ( )
Bureau of Prisons                  ( )
Ct Reporter                        ( )
Ctroom Deputy                      ( )
Orig-Security                      ( )
Federal Public Defender            ( )
Summons Issued                     ( ) with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                ( )
Order to Show Cause                ( ) with Petition attached & mailed certified mail
                                       to: US Atty Gen  ( )    PA Atty Gen ( )
                                           DA of County ( )    Respondents ( )
Bankruptcy Court                   ( )
Other_____       ( )

MARY E. D'ANDREA, Clerk

DATE: 1-16-01               BY: /s/
                                Deputy Clerk